# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISON

| | |
|---|---|
| JOVAN NICHOLAS MILES, | ) CASE NO. 3:20-CV-02626-JGC |
| | ) |
| Plaintiff, | ) JUDGE JAMES G. CARR |
| | ) UNITED STATES DISTRICT JUDGE |
| v. | ) |
| | ) MAGISTRATE JUDGE |
| COMMISSIONER OF SOCIAL SECURITY, | ) CARMEN E. HENDERSON |
| | ) |
| Defendant, | ) **REPORT AND RECOMMENDATION** |

This matter is before the Court upon the parties' joint stipulation for remand to the Commissioner under sentence four of 42 U.S.C. § 405 (g). (ECF No. 18). The parties agree that the Court should remand the instant case so that the ALJ can provide Plaintiff with a new hearing and issue a de novo decision. (ECF No. 18 at 1). Based upon this agreement, the undersigned recommends that the Court find that remand is proper under sentence four of 42 U.S.C. § 405(g).

Dated: November 29, 2021

s/ *Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530–31 (6th Cir. 2019).