## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jovan Nicholas Miles,                                    Case No. 3:20-cv-02626-JGC

        Plaintiff

      v.                                                **ORDER**

Commissioner of Social Security,

        Defendant.

     This is an appeal from the denial of Social Security benefits. The parties filed a joint stipulation, asking that I remand this matter to the Commissioner of Social Security for further proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Magistrate Judge Carmen E. Henderson filed a Report and Recommendation (Doc. 19), recommending that I remand the case.

     I find the Report and Recommendation well-taken in all respects.

Accordingly, it is hereby

     **ORDERED THAT:** the Magistrate Judge's Report and Recommendation (Doc. 19) be, and the same hereby is, adopted as the order of this court, and this matter shall be, and the same hereby is, remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Clerk of Court shall mark this matter closed.

     So ordered.

                     /s/ James G. Carr
                     Sr. U.S. District Judge